THE HONORABLE MARSHA J. PECHMAN
MAGISTRATE JUDGE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN ERIC MORRIS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>BELINDA STEWART,<br><br>　　　　　　Respondent. | NO.  C06-1621-MJP-MAT<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR HABEAS CORPUS |

The Court, having reviewed the record and Respondent's Motion for Extension of Time to File Response; does hereby find and **ORDER**:

　　1.　　Respondent's Motion is **GRANTED**.

　　2.　　The Clerk of the Court is instructed to send uncertified copies of this Order to Petitioner and counsel for Respondent.

　　DATED this 22nd day of January, 2007.

　　　　　　　　　　　　　　　　　　s/ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented By:

ROB MCKENNA
Attorney General

/s/ Donna H. Mullen
DONNA H. MULLEN, WSBA #23542
Assistant Attorney General

[~~PROPOSED~~] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR HABEAS CORPUS NO.  C06-1621-MJP-MAT

1

ERROR! AUTOTEXT ENTRY NOT DEFINED.